UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION
IN ADMIRALTY

SANTOVA LOGISTICS, LTD.,

    Plaintiff,

v.                                        Civil Action No. 6:12-CV-00007

CASTELLO 1935 INC.,

    Defendant.

## DEFENDANT'S WITNESS LIST

Defendant, CASTELLO 1935 Inc., by counsel, as and for its Witness List, identifies the following witnesses whom it may call to testify at trial, either in person or by deposition:

1.    Richard Campbell

By listing the foregoing person, Defendant CASTELLO 1935 Inc. does not agree to make such person available for trial or agree that any testimony to be offered by such witness is admissible. CASTELLO 1935 Inc. reserves the right to call any witness identified by SANTOVA Logistics, Ltd.

CASTELLO 1935 Inc. reserves the right to call any other witness not listed herein for impeachment or rebuttal purposes.

                                              CASTELLO 1935 INC.

                                              James L. Chapman, IV, VSB No. 21983
                                              *Counsel for Defendant*
                                              CRENSHAW, WARE & MARTIN, P.L.C.
                                              150 West Main Street, Suite 1500
                                              Norfolk, Virginia 23510
                                              Telephone: (757) 623-3000
                                              Facsimile: (757) 623-5735
                                              jchapman@cwm-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of March, 2013, I served by U.S. Mail and electronic mail a true and correct copy of the foregoing upon:

Dustin M. Paul, Esquire
Vandeventer Black, LLP
101 W. Main Street
500 World Trade Center
Norfolk, VA 23510
DPaul@vanblk.com

_____
James L. Chapman, IV, VSB No. 21983
*Counsel for Defendant*
CRENSHAW, WARE & MARTIN, P.L.C.
150 West Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com